gb32robs kjc

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,                New York, N.Y.

4              v.                           14 Cr. 272(JSR)

5  PAUL ROBSON,

6              Defendant.

7  ------------------------------x

8                                           November 14, 2016
                                            2:10 p.m.
9

10 Before:

11                   HON. JED S. RAKOFF,

12                                          District Judge

13

14                       APPEARANCES
15
   PREET BHARARA
16      United States Attorney for the
        Southern District of New York
17 BY:  CAROL SIPPERLY
        BRIAN YOUNG
18      MICHAEL KOENIG
        Assistant United States Attorneys
19

20

21 BROWN RUDNICK
        Attorneys for Defendant
22 BY:  JUSTIN S. WEDDLE
        JULIA I. CATANIA
23

24

25

gb32robs kjc

1        (Case called)

2        MS. SIPPERLY:  Good afternoon, your Honor.  Carol

3   Sipperly for the government, with colleagues Brian Young and

4   Michael Koenig.

5        THE COURT:  Good afternoon.

6        MR. WEDDLE:  Good afternoon, your Honor.  Justin

7   Weddle, for defendant Paul Robson, who is sitting just to my

8   right; and with me today is at counsel table is Julia Catania.

9        THE COURT:  Good afternoon.

10       So the total offense level is 22.  The Criminal

11  History Category is I.  The guidelines range is, therefore, 41

12  to 51 months.  But the government has indicated that it wishes

13  to move for a downward departure and a nonguidelines sentence

14  pursuant to the defendant's cooperation, is that correct?

15       MS. SIPPERLY:  That's correct, your Honor.

16       THE COURT:  So the crime of which Mr. Robson was a

17  part was an egregious fraud committed by numerous people in one

18  form or another throughout the world, and the government of the

19  United States and the government of Great Britain and other

20  governments are to be commended on the assiduousness with which

21  they have prosecuted this fraud.

22       I have given to the defendants so far before me modest

23  sentences, but that in no way was a reflection of the level of

24  the crime, which was substantial but, rather, a reflection of

25  the various individual circumstances relating to them.

1    But no crime of this kind can be successfully

2  prosecuted without cooperation.  Mr. Robson's cooperation was

3  not only substantial, it was, in the court's view, highly

4  credible and highly valuable; and, therefore, it seems to me

5  more or less self-evident that he should not serve any prison

6  time, given the other sentences that were imposed.

7    Now, of course, Mr. Weddle, you can still talk me out

8  of this by giving a lengthy recitation, but I leave that choice

9  totally to you.

10    MR. WEDDLE:  I have nothing to add, your Honor.  Thank

11  you.

12    THE COURT:  Anything from the government?

13    MS. SIPPERLY:  No, your Honor.

14    THE COURT:  Anything from the defendant?

15    THE DEFENDANT:  Yes.

16    MS. SIPPERLY:  Oh, if I -- I am being reminded that we

17  would be seeking a condition of supervision with respect to

18  cooperation, and I'm not --

19    THE COURT:  Yes, and I am going to grant that.  And

20  also just remind me, so that I know whether to impose either

21  probation or time served, was there any time that Mr. Robson

22  was under the custody of the United States?

23    MS. SIPPERLY:  We confirmed with probation that his

24  surrender could be considered the one day so that he could have

25  time served with supervised release, because probation would be

gb32robs kjc

1    permitted because it is a class B felony.

2              THE COURT:  All right.  Go ahead.

3              THE DEFENDANT:  Your Honor, I wish to apologize

4    sincerely for my conduct back in my time at Rabobank.  I knew

5    that it was wrong, and I knew that I was affecting people who

6    were innocently entering into the transaction that I was

7    manipulating with my colleagues.  I am very sorry for the harm

8    I have caused them, and I am sorry for the pain and anguish

9    that I have caused my wife and my family as well.

10             Thank you, sir.

11             THE COURT:  Thank you.

12             So the sentence of the court is as follows:

13             The defendant is sentenced to time served.

14             No fine will be imposed because the court makes a

15   finding that this defendant is not in a position to pay any

16   meaningful fine now or in the foreseeable future.

17             There is, however, a $100 special assessment.

18             Two years of supervised release will be imposed with

19   the following mandatory conditions:

20             That the defendant not commit any other federal,

21   state, or local crime;

22             That the defendant not illegally possess a controlled

23   substance;

24             That the defendant not possess a firearm or

25   destructive device; and

gb32robs kjc

1          That defendant shall cooperate in the collection of

2     DNA.

3          The fifth mandatory condition, the drug testing

4     condition, is suspended based on the court's determination that

5     the defendant poses a low risk of future substance abuse.

6          There will also be imposed the standard conditions 1

7     through 13, which appear on the face of the judgment; and,

8     under the situation, there may not be any need to report to

9     probation, so I will leave it to defense counsel to go over

10    those conditions with the defendant once the judgment is

11    entered in a few days.

12         But there will be imposed one special condition, which

13    is, that the defendant continue to abide by all the terms of

14    his cooperation agreement with the government.

15         In terms of reporting to the probation office, I think

16    defense counsel needs to check whether that is necessary in

17    this situation.  It may be initially, once, necessary, in which

18    case he should report to the probation office here in the

19    Southern District of New York.  But I'm not sure that it will

20    require that at all.  They may work out something different.

21    But I will leave that to defense counsel to check.

22         Is there anything else before I advise the defendant

23    of his right of appeal?  Is there anything else that either

24    counsel needs to raise?

25         Anything from the government?

gb32robs kjc

1          MS. SIPPERLY:  No, your Honor.

2          THE COURT:  Anything from the defense?

3          MR. WEDDLE:  No, your Honor.

4          THE COURT:  So, Mr. Robson, you have a right to appeal

5    this sentence.

6          Do you understand that?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  And if you can't afford counsel for any

9    such appeal, the court will appoint one for you free of charge.

10          Do you understand that?

11          THE DEFENDANT:  Yes, your Honor.

12          THE COURT:  Very good.  Thanks very much.

13          THE DEPUTY CLERK:  Counts to be dismissed?

14          MS. SIPPERLY:  Counts 2 through 10 and 12 through 15.

15          THE COURT:  Those will be dismissed.

16          MS. SIPPERLY:  And that's the original indictment.

17          THE COURT:  All open matters, all open counts are

18    dismissed.

19          MS. SIPPERLY:  Much appreciated.

20                              – – –

21

22

23

24

25